ACCEPTED
03-16-00483-CR
12960151
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 4:41:53 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00483-CR

## IN THE COURT OF APPEALS

## FOR THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 4:41:53 PM
JEFFREY D. KYLE
Clerk

## THIRD SUPREME JUDICIAL DISTRICT

## AT AUSTIN, TEXAS

**JAMIE PETRONELLA,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

**Appeal from the 33rd Judicial District Court**
**Cause No. CR01362**
**Blanco County, Texas**
**The Honorable J. Allan Garrett, Judge Presiding**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

**Gary E. Prust**
**State Bar No. 24056166**
**1607 Nueces Street**
**Austin, Texas 78701**
**(512) 469-0092**
**Fax: (512) 469-9102**
**gary@prustlaw.com**
**ATTORNEY FOR APPELLANT**

**ORAL ARGUMENT IS NOT REQUESTED**

## APPELLANT'S REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, Jamie Petronella, by and through her counsel, files this request for extension of time, and in support thereof shows as follows.

I.

1. Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2. Appellant has not previously requested an extension of time in which to file her brief.

3. Appellant's brief was due on September 21, 2016.

4. Appellant's attorney was also scheduled for numerous jury trial settings and numerous appellate deadlines in August and into the month of September.

5. Appellant's court appointed counsel has a vacation scheduled where he will be out of the country from October 9, 2016 through October 22, 2016.

6. In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until November 21, 2016 to complete his brief.

7. Accordingly, Appellants request that this Court allow him until November 21, 2016 to file his brief.

Respectfully submitted,

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served upon the Blanco County Attorney via electronic transmission, in accordance Rule 9.5(b) of the Texas Rules of Appellate Procedure on this the 28th day of September, 2016.

Gary E. Prust

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this motion contains 157 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface. In making this this certificate, I rely on the word count provided by the software use to prepare the document.

Gary E. Prust